IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ABU SAMURA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Case No.:  1:20-cv-02095-SAG |
| | * |
| SAVASENIORCARE ADMINISTRATIVE | * |
| SERVICES, LLC, ET AL., | * |
| | * |
| Defendants. | * |

_____/

**DEFENDANTS' MOTION TO DISMISS OR STAY THE CASE
AND COMPEL ARBITRATION, AND FOR AN AWARD OF ATTORNEYS' FEES**

Defendants, SavaSeniorCare Administrative Services, LLC and SSC Catonsville Operating Company, LLC, by and through their attorneys, move the Court to dismiss or stay the case and compel Plaintiff, Abu Samura, to submit his claims to arbitration pursuant to 9 U.S.C. §§ 3 and 4.  Defendants also move the Court for an award of attorneys' fees as a sanction for Plaintiff's lack of justification for his refusal to arbitrate.  As explained in the accompanying Memorandum in Support, Plaintiff agreed to submit all claims related to his employment and termination from employment to mutually binding arbitration and his Defendant employer did not reserve to itself the right to revoke or modify the obligation in the arbitration agreement, and therefore, his refusal to submit his claims to arbitration has no arguable basis in law.

1

                    Respectfully submitted,

                    /s/
                    Teresa D. Teare (Bar No. 28055)
                    Alexander I. Castelli (Bar No. 20550)
                    SHAWE ROSENTHAL LLP
                    One South Street, Suite 1800
                    Baltimore, MD  21202
                    Telephone: (410) 752-1040
                    Facsimile: (410) 752-8861
                    tdt@shawe.com
                    aic@shawe.com

October 13, 2020                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Motion to Dismiss or Stay the Case and Compel Arbitration, and for an Award of Attorneys' Fees, Memorandum and Exhibits in Support of Motion, and Proposed Order were electronically filed and thereby served on October 13, 2020, to:

                    Jeanett P. Henry, Esquire
                    8403 Colesville Road, Suite 1100
                    Silver Spring, MD 20910
                    Jhenry2085@aol.com

                    *Counsel for Plaintiff*

                    /s/
                    Alexander I. Castelli

#847426_2