IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ABU SAMURA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Case No.:  1:20-cv-02095-SAG |
| | * |
| SAVASENIORCARE ADMINISTRATIVE | * |
| SERVICES, LLC, ET AL., | * |
| | * |
| Defendants. | * |

_____/

## **ORDER**

Upon consideration of Defendants' Motion to Dismiss or Stay the Case and Compel Arbitration, and for an Award of Attorneys' Fees, along with the declaration and exhibits in support thereof, and any opposition and reply thereto, and finding that Plaintiff signed a valid and enforceable agreement to arbitrate the claims against Defendants that are contained in his Complaint, and that Plaintiff lacked justification for his refusal to arbitrate, the Motion is hereby GRANTED.  Defendants' shall be awarded their attorneys' fees incurred in connection with the Motion.  Plaintiff's case shall be

_____ Dismissed in favor of arbitration.

_____ Stayed pending arbitration.

Dated: _____       _____
                                                                    U.S. District Judge Stephanie A. Gallagher

1